IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JORGE LUIS REYES, )
)
    Petitioner, )
)
v. ) Civil Action No. 3:14CV755–HEH
)
COMMONWEALTH OF VIRGINIA, )
)
    Respondent. )

## MEMORANDUM OPINION
(Dismissing Successive Habeas Petition)

Petitioner, Jorge Luis Reyes, Sr., a Virginia prisoner proceeding *pro se*, submitted this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his convictions for first degree murder and use of a firearm in the commission of murder in the Circuit Court for the County of Henrico, Virginia. This Court previously dismissed a § 2254 Petition from Reyes concerning these convictions. *Reyes v. Kelly*, No. 3:09CV23-HEH, 2012 WL 2792174, at *1 (E.D. Va. July 9, 2012). On January 8, 2015, the Magistrate Judge issued a Report and Recommendation wherein he recommended dismissing the action as a successive, unauthorized 28 U.S.C. § 2254 petition. More than fourteen (14) days have passed and Reyes failed to file objections. Accordingly, the Report and Recommendation will be accepted and adopted. The action will be dismissed for want of jurisdiction. The Court will deny a certificate of appealability.

An appropriate Final Order will accompany this Memorandum Opinion.

                                                                   /s/
                                          Henry E. Hudson
Date: Feb 12 2015                     United States District Judge
Richmond, Virginia